# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00009-01,02-CR-W-RK |
| | ) | |
| JONATHAN M. BRAVO-LOPEZ and | ) | |
| JUAN D. OSORIO, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 25, 2020, the Grand Jury returned a five-count Superseding Indictment charging Defendant Jonathan M. Bravo-Lopez and Juan D. Osorio with conspiracy to commit kidnapping (Count One), kidnapping resulting in death (Count Two), and using a firearm to commit murder (Count Three). Additionally, Defendant Bravo-Lopez was charged with unlawful re-entry (Count Five), and Defendant Osorio was charged with alien in possession of a firearm (Count Four).[1]

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Patrick C. Edwards and Matthew Aaron Moeder
          Case Agent: Michael Harrison, FBI and Lauren Stout (paralegal)
        Defense:    Defendant Bravo-Lopez – Thomas H Johnson
                      Defendant Osorio – Lisa G. Nouri
                                    Mark Reeder (investigator)

**OUTSTANDING MOTIONS**: Please note a suppression hearing was held on Doc. #118 on 9/27/2022.

| 02/01/2022 | view118 | MOTION to suppress by Jonathan M Bravo-Lopez. Suggestions in opposition/response due by 2/15/2022 unless otherwise |
|---|---|---|

---

[1] Co-Defendant Marco A. Sosa-Perea pled guilty to Count One of the Superseding Indictment and is awaiting sentencing.

| | | |
|---|---|---|
| | | directed by the court. (Attachments: # 1 Exhibit A - Miranda Waiver)(Johnson, Thomas) (Entered: 02/01/2022) |
| 10/27/2022 | view159 | MOTION to Dismiss Count(s) Three by Jonathan M Bravo-Lopez. Suggestions in opposition/response due by 11/10/2022 unless otherwise directed by the court. (Johnson, Thomas) (Entered: 10/27/2022) |
| 11/10/2022 | view170 | MOTION to Dismiss on the Superseding Indictment Count(s) 3 by USA as to Jonathan M Bravo-Lopez, Juan D Osorio. Suggestions in opposition/response due by 11/25/2022 unless otherwise directed by the court. (Edwards, Patrick) (Entered: 11/10/2022) |

**TRIAL WITNESSES**:
    Government: 30 with stipulations; 41 without stipulations
    Defendants:
        Defendant Bravo-Lopez – 8 witnesses, including the Defendant
        Defendant Osorio – 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 161 exhibits (the Government asks to reserve 1 through 500 for numbering purposes)
    Defendants:
        Defendant Bravo-Lopez – approximately 1 additional exhibit
        Defendant Osorio – no additional exhibits beyond the Government's list

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days total**
    Government's case including jury selection: 8 day(s) without stipulations
    Defendants: 2 day(s)

**STIPULATIONS**: The parties are still working on stipulations.

**UNUSUAL QUESTIONS OF LAW:** There are questions regarding the Government's expert disclosure and whether it was timely. The Government has endorsed an expert witness who is scheduled to do an evaluation of Defendant Bravo-Lopez on November 30, 2022.

**FILING DEADLINES:**

    **Witness and Exhibit List**

Government: Proposed Witness List and Exhibit List filed on 11/07/2022. **Updated list(s) due on or before November 22, 2022.**

Defendants: Proposed Witness Lists and Exhibit Lists filed on 11/05/2022 and 11/07/2022. **Updated list(s) due on or before November 22, 2022**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 30, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** One or more parties have filed or anticipate filing motions in limine. **Due on or before November 30, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for December 5, 2022.

**Please note:** The parties prefer the first week due to the length of trial and witness availability, however there is no conflict with the second week.

**IT IS SO ORDERED**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE