IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-00009-CR-RK ) |
| (1) JONATHAN M. BRAVO-LOPEZ;<br>(2) JUAN D. OSORIO, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

On November 17, 2022, Magistrate Judge Lajuana M. Counts issued her Report and Recommendation (Doc. 178) concluding that the Court should deny Defendant Jonathan M. Bravo-Lopez's motion to suppress (Doc. 118). Defendant filed objections to the Report. (Doc. 183.)

After careful and independent review of the pending motion and the applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court agrees with Judge Counts that Defendant Jonathan M. Bravo-Lopez voluntarily, knowingly, and intelligently waived his *Miranda* rights. Thus, the statements during his interrogation on April 5 and 6, 2017, were not in violation of the Fifth Amendment and *Miranda v. Arizona*, 384 U.S. 436 (1966). The Court accepts the findings and recommendation made by Magistrate Judge Counts in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Counts (Doc. 183) is **ADOPTED**. It is further

**ORDERED** that Defendant's objections (Doc. 183) are **OVERRULED**. It is further

**ORDERED** that Defendant Jonathan M. Bravo-Lopez's motion to suppress (Doc. 118) is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 22, 2022